IRVING TRUST COMPANY, as Trustee in Bankruptcy of CLIFFOYD MANUFACTURING COMPANY, Respondent, *v.* B. LINDNER & BRO., INC., Appellant.

(Submitted May 21, 1934; decided May 29, 1934.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 264 N. Y. 165.)